UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BREW CITY TOWING, LLC
and NIETZCHE CAMARENO,

       Plaintiffs,

  v.

CITY OF MILWAUKEE,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 21-cv-1049-pp

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the complaint is **DISMISSED AS MOOT**.

    **THE COURT ORDERS** that the defendant's motion for suggestion of mootness is **GRANTED**.

    **THE COURT ORDERS** that this case is **DISMISSED AS MOOT**.

    Approved and dated in Milwaukee, Wisconsin this 18th day of September, 2024.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk